IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-00872-NYM-STV

MICHAEL BROWN,

    **Plaintiff**,

v.

PROJECT RESOURCES GROUP, INC.,

    **Defendant**.

## UNOPPOSED MOTION TO CONTINUE SCHEDULING CONFERENCE

Plaintiff Michael Brown ("Plaintiff"), by and through his undersigned counsel hereby states as follows:

**D.C.COLO.LCivR 7.1 Certification**: The undersigned certifies that counsel has conferred in good faith with each other regarding the relief requested in this Motion and Defense counsel agrees to the relief requested in this Motion

1. This Court set a Scheduling Conference for June 6, 2024 at 10:45 a.m.

2. The Parties proposed scheduling order is due to the Court on Thursday, May 30, 2024.

3. To date, neither of these deadlines have passed.

4. Due to scheduling conflicts, Plaintiff's counsel has not yet been able to coordinate a Fed.R.Civ.P. 26(f) conference nor otherwise meaningfully meet with Defense counsel regarding the dates and deadlines in this action. The Complaint intends to bring various claims as a collective

FLSA action, which will require extensive conferral as to the dates and deadlines for discovery, whether such discovery will be multi-pronged, the timing for the relevant motions, and the possibility of a prompt settlement before a mutually agreed upon scheduling order can be drafted. In order to devote the time needed to a productive 26(f) conference and resulting scheduling order, Plaintiff needs additional time to confer with Defense counsel.

5. Accordingly, in order to conduct a through Rule 26(f) conference, including meaningfully exploring potential ADR mechanisms, Plaintiff requests a brief extension of the currently scheduled Scheduling Conference from June 6, 2024 to a date between June 26, 2024 and July 12, 2024.

6. Plaintiff's attorney will serve this motion upon his client.

WHEREFORE Plaintiff requests that the scheduling conference be continued as noted herein.

Respectfully submitted this 29th day of May, 2024.

S/Edward W. Wimp_____
Edward W. Wimp, Esquire
FBN: 1015586
Anthony J. Hall, Esquire
FBN: 0040924
THE LEACH FIRM
1560 N. Orange Ave, Suite 600
Winter Park, FL 32789
ewimp@theleachfirm.com
ahall@theleachfirm.com

**Attorney for Plaintiff Michael Brown**

2

## CERTIFICATE OF SERVICE

      I hereby certify that on this  29th  day of  May, 2024, I electronically filed the foregoing **UNOPPOSED MOTION TO CONTINUE SCHEDULING CONFERENCE** with the Clerk of Court using the CM/ECF who will send notification to the following:

Dana L. Eismeier (#14379)
Adrienne C. Scheffey (#48668)
BURNS, FIGA & WILL, P.C.
6400 S. Fiddlers' Green Circle, Suite 1000
Greenwood Village, CO  80111
Phone Number:	303-796-2626
Fax Number:	303-796-2777
E-mails:	deismeier@bfwlaw.com
	ascheffey@bfwlaw.com

**Attorneys for Defendant
Project Resources Group, Inc.**