UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

CASE NO.: 1:24-cv-872-NYW-STV

**MICHAEL BROWN, on behalf of himself and those similarly situated,**

**Plaintiffs,**

vs.

**PROJECT RESOURCES GROUP, INC.**

**Defendant.**

_____/

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel, Edward Wimp, Esquire and Anthony Hall, Esquire of The Leach Firm, P.A. hereby move this Court for an Order permitting them to withdraw as Plaintiff's counsel, and in support thereof states as follows:

1. On April 1, 2024, Plaintiff filed his complaint with this Court [Doc. 1].

2. On June 13, 2024, at the request of the Plaintiff, Ashwin Trehan, Esquire filed a Notice of Appearance [Doc. 14] and will represent the Plaintiff and all opt-in Plaintiffs.

3. Mr. Wimp and Mr. Hall request to be removed from all responsibilities in this matter.

4. Opposing counsel has consented and has no objections to the withdrawal.

Wherefore, the undersigned counsel respectfully requests that an Order be entered permitting them to withdraw as attorney of record for Plaintiff.

Dated this ___25th___ day of June, 2024.

Respectfully submitted,

s/ Edward W. Wimp
Edward W. Wimp, Esquire – LEAD COUNSEL
FBN: 1015586
Anthony J. Hall, Esquire
FBN: 0040924
THE LEACH FIRM, P.A.
1560 N. Orange Ave., Suite 600
Winter Park, FL 32789
Telephone: (407) 574-4999
Facsimile: (833) 813-7513
Email: ewimp@theleachfirm.com
Email: ahall@theleachfirm.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this _25th__ day of June, 2024, I filed the above via the CM/ECF system which will send a copy to opposing counsel.

**/s/ Edward W. Wimp _____**
Edward W. Wimp, Esq.